

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 2:19-cr-0018
          18 U.S.C. § 1341

**ROBERT CASDORPH**

<u>I N F O R M A T I O N</u>
(Mail fraud)

The United States Attorney Charges:

<u>**BACKGROUND**</u>

At all times material to this Information:

1.  A law firm known to the United States Attorney ("Law Firm") was a Charleston, West Virginia law office whose members practiced in a general litigation practice.

2.  A member of the Law Firm, A.C., was also the incorporator of a land and real estate company known to the United States Attorney ("Land Company"), also located in Charleston, West Virginia, that was in the business of real estate, rentals, and leasing.

3.  The offices of both the Law Firm and Land Company were located in the same building in Charleston, Kanawha County, West Virginia.

4. Though they shared employees and the same office space, Law Firm and Land Company maintained separate finances, including operating accounts at Chase Bank.  Checks were issued and drawn on the respective accounts to make payments, on behalf of Law Firm and Land Company to their vendors, for expenses associated with Law Firm and Land Company.

5. On or about July 20, 2004, defendant ROBERT CASDORPH began working at Law Firm as a driver and courier for the office.

6. On or about September 2, 2011, defendant ROBERT CASDORPH was assigned certain financial responsibilities for both Law Firm and Land Company as an accounts receivable clerk.  Specifically, defendant ROBERT CASDORTH's duties included receiving money and entering vendor invoices into the accounts payable system.  Defendant ROBERT CASDORPH also prepared checks to be sent out to vendors for payment of Law Firm and Land Company expenses.

7. Defendant ROBERT CASDORPH had no signatory authority on either account for Law Firm or Land Company.  Instead, defendant ROBERT CASDORPH was required to bring any checks that he prepared to one of the three authorized individuals on the account for signature.  Once signed, defendant ROBERT CASDORPH would cause the checks to be mailed to the respective vendors for payment of goods and services.

## **THE SCHEME TO DEFRAUD**

8. Beginning in or around January 2012 and continuing through on or about August 30, 2016, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ROBERT CASDORPH, with the intent to defraud, devised a scheme and artifice to defraud and to obtain money by materially false and fraudulent pretenses, representations, and promises.

## **MANNER AND MEANS FOR CARRYING OUT THE SCHEME**

The manner and means by which defendant ROBERT CASDORPH carried out his scheme to defraud included the following:

9. Beginning in approximately January 2012, defendant ROBERT CASDORPH created fraudulent checks with Law Firm and Land Company checks. Defendant ROBERT CASDORPH's personal expenses were included with and added to legitimate Law Firm or Land Company expenses. Defendant ROBERT CASDORPH was not authorized to include personal expenses with legitimate Law Firm or Land Company expenses.

10. Defendant ROBERT CASDORPH took the fraudulent checks to an authorized signatory within Law Firm or Land Company and had them sign the checks.

11. Once signed, defendant ROBERT CASDORPH mailed the checks. Defendant ROBERT CASDORPH included sufficient account information within the mailed check so that the vendor would credit Law Firm and Land Company, as well as defendant ROBERT CASDORPH's personal account.

12. Defendant ROBERT CASDORPH used his position as an accounts receivable clerk to disguise the monies that were expended so that the Law Firm and Land Company could not determine defendant ROBERT CASDORPH's personal expenses were included within the vendor checks.

**USE OF THE MAIL IN FURTHERANCE OF THE SCHEME**

13. On or about July 28, 2016, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and deprive, defendant ROBERT CASDORPH knowingly placed in an authorized depository for mail, to be sent and delivered by the United States Postal Service according to the direction thereon, an envelope addressed to a water company known to the United States Attorney ("water company") containing the matters and things described below:

> Check Number 5726 from Land Company drawn on Chase Bank in the amount of Two Hundred and Seventy-One Dollars and 99/100 to a water company in Pittsburgh, Pennsylvania,

which check fraudulently included defendant ROBERT CASDORPH's personal expenses that were improperly drawn on the Land Company account.

In violation of Title 18, United States Code, Section 1341.

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney